## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INSILCO TECHNOLOGIES, INC., *et al.*, | ) | Case No. 02-13672 (KJC) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| CHAD J. SHANDLER, CREDITOR TRUSTEE OF INSILCO TECHNOLOGIES, INC., *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 04-57950 (KJC) |
| | ) | |
| v. | ) | |
| | ) | |
| CREDIT SUISSE SECURITIES (USA) LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, this 22nd day of June, 2011, by and between the parties to this action and subject to the approval of the Court, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), all claims pending in this action are dismissed with prejudice, with each party to bear its own costs and attorney's fees.

[Signatures to Follow on Next Page]

2

| DUANE MORRIS LLP | BAYARD, P.A. |
|---|---|
| /s/ Christopher M. Winter | /s/ Stephen B. Brauerman |
| Michael R. Lastowski (No. 3892) | Charlene B. Davis (No. 2336) |
| Richard W. Riley (No. 4052) | Stephen B. Brauerman (No. 4952) |
| Christopher M. Winter (No. 4163) | 222 Delaware Avenue, 9th Floor |
| 222 Delaware Avenue, 16th Floor | Wilmington, Delaware 19801 |
| Wilmington, DE 19801-1246 | Telephone: (302) 655-5000 |
| Telephone: (302) 657-4900 | Fax: (302) 658-6395 |
| Fax: (302) 657-4901 | |
| | |
| OF COUNSEL: | OF COUNSEL: |
| | |
| BRAGAR WEXLER EAGEL & SQUIRE, PC | DAVIS POLK & WARDWELL LLP |
| Lawrence P. Eagel | Karen E. Wagner |
| Raymond A. Bragar | James I. McClammy |
| 885 Third Avenue, Suite 3040 | A. Brendan Stewart |
| New York, NY 10022 | 450 Lexington Avenue |
| Telephone: (212) 308-5858 | New York, NY 10017 |
| | Telephone: (212) 450-4000 |
| *Counsel for Chad J. Shandler* | |
| | *Counsel for Credit Suisse Securities (USA) LLC* |

IT IS SO ORDERED this ___ day of _____, 2011.

_____
The Honorable Kevin J. Carey
Chief United States Bankruptcy Judge